FARMERS ELEVATOR COMPANY OF HUMBOLDT, Respondent, v. LARSEN, Defendant, BANK OF HUMBOLDT, et al, Garnishee Defendants, and FEDERAL DEPOSIT INS. CORP., Receiver for Bank of Humboldt, Appellant

(298 N. W. 727.)

(File No. 8434. Opinion filed May 12, 1941.)
Rehearing Denied July 12, 1941.

Coon & Coon and Owen T. Lewis, all of Sioux Falls, for Appellant.

Charles E. Brewster and T. R. Johnson, both of Sioux Falls, for Respondent.

PER CURIAM. This action arises out of substantially the same facts and the appeal presents the same questions as were considered in Farmers Elevator Company of Humboldt v. Kapaun et al., 67 S. D. 631, 297 N. W. 678, filed April 29, 1941, wherein the order appealed from was affirmed.

The same conclusion which was reached in that case is reached in this case.

The order appealed from is affirmed.

All the Judges concur.